IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

AUBREY E. HENRY,

    Plaintiff,

v.                                            CIVIL ACTION NO. 3:06-CV-33
                                            (BAILEY)

JEFFERSON COUNTY COMMISSION, et al.,

    Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

On August 1, 2007, the plaintiff in the above-styled civil action filed a Motion for Leave to File Second Amended Complaint [Doc. 96] and its memorandum in support thereof [Doc. 97]. The Court has reviewed the Motion and **ORDERS** that, under the circumstances represented by counsel, this Motion shall be **GRANTED**. Accordingly, this Court hereby **ORDERS** the Clerk to file the plaintiff's Amended Complaint.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

**DATED:** August 2, 2007.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE