**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**AUBREY E. HENRY, et al.,**

    Plaintiffs,

**v.**　　　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 3:06-CV-33**
　　　　　　　　　　　　　　　　　　　　　　　**(BAILEY)**

**JEFFERSON COUNTY COMMISSION, et al.,**

    Defendants.

### ORDER GRANTING MOTION TO ENLARGE TIME TO FILE REPLY

On this day, the above-styled matter came before the Court for consideration of the Motion of Plaintiffs to Enlarge Time to File Reply [Doc. 130]. The plaintiffs request in their motion an extension of the current November 2, 2007, deadline to file replies to defendants' responses in opposition to Motion for Summary Judgment of Plaintiffs [Doc. 115] to November 6, 2007. Counsel represents several valid reasons to grant the motion, and opposing counsel relevant to the motion do not object. Accordingly, finding good cause, the Motion of Plaintiffs to Enlarge Time to File Reply [Doc. 130] is hereby **GRANTED**.

It is so **ORDERED**.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

**DATED:** October 31, 2007.

*/s/ John Preston Bailey*
JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE