**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**AUBREY E. HENRY, et al.,**

       Plaintiffs,

**v.**                                      **CIVIL ACTION NO.: 3:06-CV-33**
                                                  **(JUDGE BAILEY)**

**JEFFERSON COUNTY**
**COMMISSION, et al.,**

       Defendants.

### ORDER GRANTING MOTION TO EXTEND DEADLINE

On this day, the above-styled matter came before the Court for consideration of the plaintiffs' Motion for Extension of the Time to File Documents for Reply in Support of Motion for Summary Judgment [Doc. 141]. In support of the motion, plaintiffs state that counsel experienced technical difficulty in filing exhibits with the Reply and will need a half-day extension. Accordingly, upon review of the above, the Court finds sufficient grounds to **GRANT** the **Motion for Extension [Doc. 141]**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** November 8, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE