**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**AUBREY E. HENRY, et al.,**

    Plaintiffs,

**v.**                                           **CIVIL ACTION NO. 3:06-CV-33
(BAILEY)**

**JEFFERSON COUNTY COMMISSION, et al.,**

    Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO PLAINTIFFS' REPLY

On this day, the above-styled matter came before the Court for consideration of the defendants' Motion for Leave to File a Supplemental Response to Plaintiffs' Reply [Doc. 148]. The defendants state they have good cause to be permitted to file a supplemental response insofar as it will provide clarification of matters raised in the plaintiffs' reply and will provide assistance to the Court in its consideration of the motion for summary judgment. Finding good cause, the **motion for leave to file [Doc. 148]** is hereby **GRANTED**. As such, the defendants are **ORDERED** to file their response on or before November 30, 2007.

It is so **ORDERED**.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

**DATED:** November 15, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE