**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**AUBREY E. HENRY, et al.,**

    Plaintiffs,

v.                                                           **CIVIL ACTION NO. 3:06-CV-33**
                                                                     **(BAILEY)**

**JEFFERSON COUNTY COMMISSION, et al.,**

    Defendants.

## ORDER GRANTING MOTION TO ENLARGE TIME TO FILE REPLY

On this day, the above-styled matter came before the Court for consideration of the plaintiffs' Motion for Enlargement of Time to File Reply in Support of Motion to Accommodate [Doc. 154]. The plaintiffs request in their motion an extension of the current December 3, 2007, deadline to file replies to defendants' responses to the Motion to Accommodate Due to Disability [Doc. 144] to December 5, 2007. After review of the above, this Court finds that counsel represents several valid reasons to grant the motion. Accordingly, finding good cause, the plaintiffs' motion [Doc. 154] is hereby **GRANTED**.

It is so **ORDERED**.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

**DATED:** November 26, 2007.

                                                                     JOHN PRESTON BAILEY
                                                               UNITED STATED DISTRICT JUDGE