# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**AUBREY E. HENRY, et al.,**

    Plaintiffs,

**v.**                                   **CIVIL ACTION NO. 3:06-CV-33**
                                          **(BAILEY)**

**JEFFERSON COUNTY COMMISSION, et al.,**

    Defendants.

## ORDER GRANTING MOTION TO ENLARGE TIME TO FILE SUPPLEMENTAL RESPONSE

On this day, the above-styled matter came before the Court for consideration of the defendants' Motion to Enlarge Time Period for Serving Supplemental Response in Opposition to Plaintiffs' Motion for Summary Judgment [Doc. 156]. The defendants request in their motion an extension of the current November 30, 2007, deadline to file responses until January 31, 2008. After review of the above, this Court finds that counsel represents several valid reasons to grant the motion. Accordingly, finding good cause, the defendants' motion [Doc. 156] is hereby **GRANTED**. As such, defendants shall file their supplemental response on or before January 31, 2008.

It is so **ORDERED**.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

**DATED:** November 29, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE