IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

AUBREY E. HENRY, and
DEBORAH V. HENRY,

    Plaintiffs,

v.                                    CIVIL ACTION NO. 3:06CV-33
                                    (Honorable John P. Bailey)

JEFFERSON COUNTY COMMISSION,
JEFFERSON COUNTY PLANNING &
ZONING COMMISSION, SHEPHERDSTOWN
MEN'S CLUB FOUNDATION, INC., LEDGE
LOWE HOMEOWNERS' ASSOCIATION,
WILLIAM E. LEWANDOWSKI, JOYCE ANN
LEWANDOWSKI, MIRIAM WILSON,
RICHARD SUPER, DAN MARKEN, JOHN SIMS,
THOMAS KANE, and JOHN DOES I-V,

    Defendants.

**ORDER SUBSTITUTING COUNSEL OF RECORD FOR DEFENDANTS, JEFFERSON COUNTY COMMISSION, JEFFERSON COUNTY PLANNING & ZONING COMMISSION, WILLIAM E. LEWANDOWSKI, IN HIS OFFICIAL CAPACITY; DAN MARKEN, JOHN SIMS, AND THOMAS KANE**

        Pursuant to the Stipulation attached hereto, and after giving due consideration to the joint representations of the Defendants, Jefferson County Commission, Jefferson County Planning & Zoning, William E. Lewandowski, in his official capacity, Dan Marken, John Sims, and Thomas Kane, and the counsel referenced therein, this Court is of the opinion to and does hereby **ORDER** that Tamara J. DeFazio and the law firm of Shuman McCuskey & Slicer, PLLC, be substituted in the place of the law firm of Pullin Fowler Flanagan Brown & Poe, PLLC, as counsel of record for these Defendants, in connection with the above-captioned matter.

        This Court does further **ORDER** that the law firm of Pullin Fowler Flanagan Brown & Poe, PLLC, be and the same is hereby discharged from having any further obligations, duties and responsibilities relating to the representation of the interests of these Defendants. It is further **ORDERED** that all future pleadings, correspondence and documents of any kind which are to be served upon these Defendants herein, be served upon them at the following address in care of the following counsel of record:

Tamara J. DeFazio, Esquire
Shuman McCuskey & Slicer, PLLC
102 Venture Drive, Suite 11
Morgantown, WV 26508.

The Clerk of the U. S. District Court, for the Northern District of West Virginia, is hereby **ORDERED** to forward a certified copy of this Order to all counsel of record.

**ENTERED** this 8th day of January, 2008.

JUDGE JOHN P. BAILEY

Approved for Entry:

Tamara J. DeFazio, W. Va. State Bar ID No. 5130
Shuman McCuskey & Slicer, PLLC
102 Venture Drive, Suite 11
Morgantown, WV 26508
Telephone No. (304) 291-2702
Facsimile No. (304) 291-2840

---

Pullin Fowler Flanagan Brown & Poe, PLLC
2414 Cranberry Square
Morgantown, WV 26508
Telephone No. (304) 225-2200
Facsimile No. (304) 225-2214

Jefferson County Commission  WV St Bar No. 7234

Jefferson County Planning & Zoning Commission

---

William E. Lewandowski, in his official capacity