**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**AUBREY E. HENRY, et al.,**

    Plaintiffs,

v.                                                        **CIVIL ACTION NO. 3:06-CV-33**
                                                               **(BAILEY)**

**JEFFERSON COUNTY COMMISSION, et al.,**

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

On this day, the above-styled matter came before the Court for consideration of The Jefferson County Defendants' Motion to Extend Deadlines For Inspections and Disclosure of Expert Witnesses and Information [Doc. 167]. The motion seeks an extension of the current January 15, 2008, deadlines until February 29, 2008. Having reviewed the motion and the response thereto, and finding good cause, this Court is of the opinion that the motion **[Doc. 167]** should be, and is, hereby **GRANTED**. As such, the defendants are **ORDERED** to disclose their **expert witnesses** and to complete **inspections** on or before **February 29, 2008**.

As a final matter, the Jefferson County Defendants' Motion to Seal Exhibit 1 Appended to the Jefferson County Defendants' Motion to Extend Deadlines for Inspections and Disclosure of Expert Witnesses and Information **[Doc. 171]** is hereby **GRANTED**. Accordingly, the Clerk is **DIRECTED** to place Exhibit 1 **[Doc. 167]** under seal.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED:** January 15, 2008.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE